UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DERRICK R. MALLORY,**

    Plaintiff,

                                                                       Civil No.**09-10866**
                                                                       Hon. John Feikens

    v.

**NOVASTAR MORTGAGE, INC., et al**

    Defendant.

_____/

## JUDGMENT

The Court has duly reviewed the issues and rendered a decision in this action;

It is hereby **ORDERED AND ADJUDGED** that Defendants' Motions to Dismiss the Complaint seeking to set aside a home foreclosure are **GRANTED**, pursuant to the Rooker-Feldman doctrine and res judicata.

                                              **s/John Feikens**
                                              John Feikens
                                              United States District Judge

Dated: October 20, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 20, 2009.

s/Carol Cohron
Deputy Clerk