UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DERRICK R. MALLORY,**

    Plaintiff,

                                                                                                                      Civil No.**09-10866**
                                                                                                                      Hon. John Feikens

    v.

**NOVASTAR MORTGAGE, INC., et al**

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **9/21/2009**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                          **s/John Feikens**
                                                          John Feikens
                                                          United States District Judge

Dated:  October 20, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 20, 2009.

s/Carol Cohron
Deputy Clerk